**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

ANA CANALES          :

             Plaintiff          :

      v.          :   MISC. NO. _____

HEATHER ANN WALZEL          :

    and          :

ALLSTATE INDEMNITY COMPANY          :

        Defendants          :

### UNOPPOSED MOTION TO ISSUE AND ENFORCE SUBPOENA

COMES NOW, Plaintiff, Ana Canales, by and through counsel, Steven D. Kupferberg, Esq., herein states as follows:

On or about July 21, 2016, Plaintiff, Ana Canales, filed suit against Heather Ann Walzel and Allstate Indemnity Company, in the Circuit Court of Maryland for Prince George's County, Case No. CAL 16-29151, as a result of an automobile collision, which occurred at First and D Streets, N.E., Washington D.C. on or about March 27, 2015.

There were videos taken at the scene by cameras mounted above the instant collision, and investigating United States Capitol Police (USCP), Officer Joseph Spadaro (4465), viewed a video from USCP security camera footage that captured the event.

It is extremely important that Plaintiff be able to secure a copy of the video noted herein, property of the United States Capitol Police (USCP). The present Custodian of Records for the video in question,

LAW OFFICES OF • STEVEN D. KUPFERBERG
5904 HUBBARD DRIVE • ROCKVILLE, MARYLAND 20852 • (301) 231-9480

for the USCP is Jim Joyce, Esquire, of the General Counsel Office, 119

D Street, NE, Washington DC 20510.

Mr. Joyce, Esq. informed Plaintiff's Counsel that he requires a

Subpoena issued by the United States District Court, in order to comply

with Plaintiff's Counsel's request for video records.  Plaintiff's

Counsel, therefore, files the instant unopposed Motion.

The Subpoena seeks to take the records deposition of Jim Joyce,

Esquire/Custodian of Records, or his designee, before a Notary Public,

or some other person duly qualified to administer an oath, at the Law

Offices of Steven D. Kupferberg, 5904 Hubbard Drive, Rockville,

Maryland 20852; 301-231-9480, on the date and time indicated below, to

be continued from time to time until complete.

Said records deposition will be for the purposes of discovery or

for use as evidence, or both, and will be taken pursuant to all

applicable rules of this Court.

| DEPONENT | DATE | TIME |
| --- | --- | --- |
| Jim Joyce, Esquire/<br>Custodian of Records<br>General Counsel Office<br>119 D Street, NE<br>Washington, DC   20510 | Tuesday, October 24, 2017 | 10:00 a.m. |

The Subpoena requests that the deponent please bring copies of all

videos taken by cameras located at or near the intersection of First

and D Streets, N.E., Washington, D.C., of a pedestrian (Ana Canales

a/k/a Ana Canales des Reyes) being struck by an automobile on or about

March 27, 2015, at approximately 6:00 a.m. [CFN: 150327001547; Complaint No. (CNN):15 04294; Investigating Officer: Officer Joseph Spadaro, ID 4465, United States Capitol Police; Ticket No.: NOI 260705163], including but not limited to USCP security camera footage (#770). (See attached portion of the Police Report.)

The personal appearance of Jim Joyce, Esquire at the deposition is not required if the requested information/materials are received by the undersigned at the address listed above prior to the noted deposition date.

WHEREFORE, Plaintiff prays that this Court grant the Plaintiff's request to issue and enforce the Subpoena, in the form proposed by Plaintiff, on Jim Joyce, Esquire, Custodian of Records, General Counsel Office, 119 D Street, NE, Washington DC 20510; and that said Subpoena shall be served forthwith, by private process at the expense of the Plaintiff, Ana Canales.

Respectfully submitted,

STEVEN D. KUPFERBERG, ESQUIRE
5904 Hubbard Drive
Rockville, MD   20852
301-231-9480
301-881-9465 – Fax
D.C. Bar No. 196444
SDK@kuffmail.com

*LAW OFFICES OF • STEVEN D. KUPFERBERG • (301) 231-9480*
*5904 HUBBARD DRIVE • ROCKVILLE, MARYLAND 20852*

## Certificate of Service

I HEREBY CERTIFY that on this 4th day of October 2017, a copy of the foregoing Notice of Records Deposition was sent via first-class mail, certified mail, postage pre-paid to:

Jim Joyce, Esquire/
Custodian of Records
General Counsel Office
119 D Street, NE
Washington, DC  20510
202-593-4477 — Fax

Paul V. Crawford, Esquire
Allstate Insurance Company
Maryland Trade Center 3
7501 Greenway Center Drive
Suite 400
Greenbelt, MD  20770
Paul.crawford@allstate.com

Edwin H. Staples, II, Esquire
Staples Law Group, LLC
116 Cathedral Street
Suite D
Annapolis, MD  21401
Tstaples@stapleslawgroup.com

STEVEN D. KUPFERBERG, ESQUIRE

LAW OFFICES OF • **STEVEN D. KUPFERBERG**
5904 HUBBARD DRIVE • ROCKVILLE, MARYLAND 20852 • (301) 231-9480